IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUL 27 2017
MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 17-2018 JB |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. §§ 1152 and 113(a)(7): |
| | ) | Assault of an Intimate Partner Resulting in |
| **EDWARD A. GARCIA,** | ) | Substantial Bodily Injury; |
| | ) | |
| Defendant. | ) | Count 2: 18 U.S.C. §§ 1152 and 113(a)(3): |
| | ) | Assault with a Dangerous Weapon; |
| | ) | |
| | ) | Count 3: 18 U.S.C. § 2261A(2)(A): |
| | ) | Stalking; |
| | ) | |
| | ) | Count 4: 18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2): Felon in Possession of a |
| | ) | Firearm. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about June 6, 2017, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, **EDWARD A. GARCIA**, a non-Indian, did unlawfully and knowingly assault Jane Doe, an Indian and intimate partner, and the assault resulted in substantial bodily injury.

In violation of 18 U.S.C. §§ 1152 and 113(a)(7).

Count 2

On or about June 7, 2017, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, **EDWARD A. GARCIA**, a non-Indian, did knowingly and unlawfully assault the person of Jane Doe, an Indian, with a dangerous weapon, a sledge hammer, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1152 and 113(a)(3).

### Count 3

On or about June 7, 2017 continuing to approximately July 6, 2017, in Indian Country, in Bernalillo County, in the District of New Mexico, the defendant, **EDWARD A. GARCIA**, with the intent to kill, injure, harass, intimidate and cause substantial emotional distress to Jane Doe, an Indian, knowingly used electronic communication service, specifically a cellphone, to engage in a course of conduct that caused substantial emotional distress to Jane Doe and placed her, or reasonably could be expected to place her, in reasonable fear of death and serious bodily injury.

In violation of 18 U.S.C. § 2261A(2)(A).

### Count 4

On or about July 4, 2017, in Bernalillo County, in the District of New Mexico, the defendant, **EDWARD A. GARCIA**, having previously been convicted of Possession of a Controlled Substance, a felony crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm.

In violation of 18 U.S.C. § 922(g)(1).

### FORFEITURE ALLEGATION

Upon conviction of Count IV alleged in this indictment, the defendant, **EDWARD A. GARCIA**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any interest he may have in the Beretta .22 caliber handgun, serial number 033389N.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
7/21/17